

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS.  02-17-00046-CR
### 02-17-00047-CR

JOSHUA ERIC TOWNLEY                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CR16-0114, CR16-0115

------------

## ORDER

------------

On March 9, 2017, we dismissed these appeals as moot because the trial court timely granted appellant's motion for new trial.  *See* Tex. R. App. P. 21.9(b). Unbeknownst to this court, before we dismissed these appeals, the trial court signed amended orders denying appellant's motion for new trial and rescinding the original orders granting appellant's motion for new trial.  Therefore, these appeals are not moot.

Accordingly, on the court's own motion, we withdraw our memorandum opinion and judgment dated March 9, 2017, and reinstate these causes on the court's docket. *See* Tex. R. App. P. 19.1(a).

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED March 16, 2017.

PER CURIAM